ANNA WALSH, an Infant, by EDWARD WALSH, Her Guardian ad Litem, Respondent, v. WILLIAM McGRATH, Appellant, Impleaded with Others, Defendants.— Motion for leave to appeal to the Appellate Division denied, with ten

dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.